UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-1561CAS (Ex) | Date | March 9, 2012 |
|---|---|---|---|
| Title | DEUTSCHE BANK NATIONAL TRUST CO. v. RICARDO FORTEZA, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present                         Not Present

**Proceedings:**   (In Chambers:) ORDER TO SHOW CAUSE FOR LACK OF SUBJECT MATTER JURISDICTION

## I.   INTRODUCTION

On August 19, 2010, plaintiff Deutsche Bank National Trust Company filed an unlawful detainer action in Los Angeles County Superior Court against defendant Ricardo Forteza and Does 1–X.  On February 27, 2012, defendants removed to this Court on the basis of federal question jurisdiction pursuant to 28 U.S.C. §§ 1331, 1441.  Defendants argue that jurisdiction exists because their Fourteenth Amendment rights are being violated.  Removal ¶ 10.

## II.   DISCUSSION

The law is clear that "[u]nlawful detainer actions are strictly within the province of state court."  Federal Nat'l Mort. Assoc. v. Suarez, 2011 U.S. Dist. LEXIS 82300, *6 (E.D. Cal. Jul. 27, 2011); Deutsche Bank Nat'l Trust Co. v. Leonardo, 2011 U.S. Dist. LEXIS 83854, *2 (C.D. Cal. Aug. 1, 2011) ("[T]he complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law.").  A defendant's attempt at creating federal subject matter jurisdiction by adding claims or defenses to a notice of removal must fail.  McAtee v. Capital One, F.S.B., 479 F.3d 1143, 1145 (9th Cir. 2007).

Here, the only claim asserted by plaintiff is for unlawful detainer against defendant.  Dkt. No. 1 at 18.  Defendants cannot create federal subject matter jurisdiction by adding claims or asserting defenses.  McAtee, 479 F.3d at 1145.  Accordingly,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-1561CAS (Ex) | Date | March 9, 2012 |
|---|---|---|---|
| Title | DEUTSCHE BANK NATIONAL TRUST CO. v. RICARDO FORTEZA, ET AL. | | |

defendants are hereby ORDERED to SHOW CAUSE within **twenty (20) days** why the instant action should not be remanded for lack of subject matter jurisdiction.

   IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |