UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**    JS-6

| Case No. | CV 12-1561 CAS (Ex) | Date | March 30, 2012 |
|---|---|---|---|
| Title | DEUTSCHE BANK NATIONAL TRUST CO. v. RICARDO FORTEZA, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

Not Present    Not Present

**Proceedings:**    **(In Chambers:) ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT**

**I.    INTRODUCTION**

On February 23, 2012, *pro se* defendant Ricardo Forteza filed a notice of removal in the above-captioned case on the basis of federal question and diversity of citizenship pursuant to 28 U.S.C. §§ 1331, 1332. On March 9, 2012, the Court issued an order to show cause why the action, which asserts only a claim for unlawful detainer, should not be remanded for lack of subject matter jurisdiction.

Defendant's response was due on or before March 29, 2012. As of the date of this order, defendant has yet to file a response. Accordingly, the Court hereby REMANDS the case to Los Angeles County Superior Court. See also Deutsche Bank Nat'l Trust Co. v. Leonardo, 2011 U.S. Dist. Lexis 83854, at *2 (C.D. Cal. Aug. 1, 2011) ("[T]he complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law.").

IT IS SO ORDERED.

|   |   | 00 | : | 00 |
|---|---|---|---|---|
|   | Initials of Preparer |   |   | CMJ |